IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL EUGENE CAMERON, | ) 2:17-CV-00816-AJS |
| Plaintiff, | ) |
| vs. | ) |
| | ) District Judge Arthur J. Schwab |
| CARLA SWARTZ, MANAGER, E UNIT; STEVE CHRISTINI, COUNSELOR, EA UNIT; MS. HUMBERT, COUNSELOR, AB UNIT; MS. COWAN, MANAGER, A UNIT; SGT. GIBSON, 2-10 SHIFT A UNIT; SGT. BOWLIN, 2-10 E UNIT; AND CO STICKLY, EA UNIT 2-10 PM SHIFT; | ) Magistrate Judge Lisa P. Lenihan ) ) ) ) ECF No. 61 ) |
| Defendants, | |

## MEMORANDUM ORDER

Plaintiff initiated this *pro se* civil rights action on June 20, 2017, and the Complaint was docketed on Agusut 1, 2017. (ECF No. 7.) The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 86), filed on November 19, 2020, recommended that the Motion to Dismiss (ECF No. 61) filed by Defendants Carla Swartz, Steve Christini, Ms. Humbert, Ms. Cowan, Sgt. Gibson, Sgt. Bowlin, Co Stickly, be granted. Service was made on Plaintiff via first class mail to his address of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any

objections, and that unregistered ECF users were given an additional three (3) days pursuant to Federal Rule of Civil Procedure 6(d). No objections have been filed.

.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 21st day of December, 2020

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 61) filed by Defendants Carla Swartz, Steve Christini, Ms. Humbert, Ms. Cowan, Sgt. Gibson, Sgt. Bowlin, CO Stickly is

**GRANTED** as to Defendants Swartz, Christini, Bowlin. and Stickly, and

**DENIED** as to Defendants Humbert, Cowan, and Gibson;

**IT IS FURTHER ORDERED** that the clerk shall terminate Defendants Swartz, Christini, Bowlin. and Stickly from the case;

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 86) of Magistrate Judge Lenihan, dated November 19, 2020, is adopted as the opinion of the Court.

.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:  Daryl Eugene Cameron
LM 0524
SCI Somerset
1590 Walters Mill Road
Somerset, PA 15510-0001
*Pro Se*

Via US First Class Mail

Counsel for Defendants
(Via CM/ECF electronic mail)